**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Rae K. Hall
2415 South 20th St
Philadelphia, PA 19145
US

| | |
|---|---|
| Employee Number | 256367 |
| Department | MDO Managing Director Office |
| Location | Msb-14 |
| Payperiod Ending | 2024/01/07 |
| Date Payable | 2024/01/12 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 60.00 | 2,626.96 |
| Holiday Cash | 15.00 | 656.74 |
| Imputed Income | 0.00 | 6.58 |
| **Gross Current Earnings** | | **3,290.28** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 372.70 | 372.70 |
| Social Security | 200.47 | 200.47 |
| Medicare | 46.88 | 46.88 |
| PA State Tax | 99.26 | 99.26 |
| PA Unemployment | 2.26 | 2.26 |
| Philadelphia | 123.39 | 123.39 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 56.92 |
| Pen_Plan S16_7 | 186.19 | 186.19 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,290.28 | 3,290.28 |
| Net Earnings | 2,182.52 | 2,182.52 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Dep | 0.81 | 0.81 |
| Life Ins Supp | 12.30 | 12.30 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16_7 | 186.19 | 2,790.80 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2024) | 45.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 65.63 |
| Special Comp | 0.00 |
| Vacation | 87.50 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Rae K. Hall
2415 South 20th St
Philadelphia, PA 19145
US

| | |
|---|---|
| Employee Number | 256367 |
| Department | MDO Managing Director Office |
| Location | Msb-14 |
| Payperiod Ending | 2024/01/21 |
| Date Payable | 2024/01/26 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 67.50 | 2,955.33 |
| Holiday Cash | 7.50 | 328.37 |
| Imputed Income | 0.00 | 6.58 |
| **Gross Current Earnings** | | **3,290.28** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 372.70 | 745.40 |
| Social Security | 200.47 | 400.94 |
| Medicare | 46.89 | 93.77 |
| PA State Tax | 99.26 | 198.52 |
| PA Unemployment | 2.27 | 4.53 |
| Philadelphia | 123.39 | 246.78 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 113.84 |
| Pen_Plan S16_7 | 186.19 | 372.38 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,290.28 | 6,580.56 |
| Net Earnings | 2,182.50 | 4,365.02 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Dep | 0.81 | 1.62 |
| Life Ins Supp | 12.30 | 24.60 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| **Admin Leave** (Expires 30-Jun-2024) | 45.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 75.01 |
| Special Comp | 0.00 |
| Vacation | 100.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16_7 | 372.38 | 2,976.99 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Rae K. Hall
2415 South 20th St
Philadelphia, PA 19145
US

| | |
|---|---|
| Employee Number | 256367 |
| Department | MDO Managing Director Office |
| Location | Msb-14 |
| Payperiod Ending | 2024/02/04 |
| Date Payable | 2024/02/09 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.00 | 3,283.70 |
| Imputed Income | 0.00 | 6.58 |
| **Gross Current Earnings** | | **3,290.28** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 372.70 | 1,118.10 |
| Social Security | 200.46 | 601.40 |
| Medicare | 46.88 | 140.65 |
| PA State Tax | 99.26 | 297.78 |
| Philadelphia | 123.39 | 370.17 |
| PA Unemployment | 2.26 | 6.79 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 170.76 |
| Pen_Plan S16_7 | 186.19 | 558.57 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,290.28 | 9,870.84 |
| Net Earnings | 2,182.53 | 6,547.55 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Supp | 12.30 | 36.90 |
| Life Ins Dep | 0.81 | 2.43 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16_7 | 558.57 | 3,163.18 |

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2024) | 45.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 75.01 |
| Special Comp | 0.00 |
| Vacation | 100.00 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Rae K. Hall
2415 South 20th St
Philadelphia, PA 19145
US

| | |
|---|---|
| Employee Number | 256367 |
| Department | MDO Managing Director Office |
| Location | Msb-14 |
| Payperiod Ending | 2024/02/18 |
| Date Payable | 2024/02/23 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.00 | 3,283.70 |
| Imputed Income | 0.00 | 6.58 |
| **Gross Current Earnings** | | **3,290.28** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 372.70 | 1,490.80 |
| Social Security | 200.47 | 801.87 |
| Medicare | 46.88 | 187.53 |
| PA State Tax | 99.26 | 397.04 |
| PA Unemployment | 2.26 | 9.05 |
| Philadelphia | 123.39 | 493.56 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 227.68 |
| Pen_Plan S16_7 | 186.19 | 744.76 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,290.28 | 13,161.12 |
| Net Earnings | 2,182.52 | 8,730.07 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Dep | 0.81 | 3.24 |
| Life Ins Supp | 12.30 | 49.20 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16_7 | 744.76 | 3,349.37 |

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2024) | 45.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 84.38 |
| Special Comp | 0.00 |
| Vacation | 112.50 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Rae K. Hall
2415 South 20th St
Philadelphia, PA 19145
US

| | |
|---|---|
| Employee Number | 256367 |
| Department | MDO Managing Director Office |
| Location | Msb-14 |
| Payperiod Ending | 2024/03/03 |
| Date Payable | 2024/03/08 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 67.50 | 2,955.33 |
| Holiday Cash | 7.50 | 328.37 |
| Imputed Income | 0.00 | 6.58 |
| **Gross Current Earnings** | | **3,290.28** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 372.70 | 1,863.50 |
| Social Security | 200.47 | 1,002.34 |
| Medicare | 46.89 | 234.42 |
| PA State Tax | 99.26 | 496.30 |
| PA Unemployment | 2.27 | 11.32 |
| Philadelphia | 123.39 | 616.95 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 284.60 |
| Pen_Plan S16_7 | 186.19 | 930.95 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,290.28 | 16,451.40 |
| Net Earnings | 2,182.50 | 10,912.57 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Dep | 0.81 | 4.05 |
| Life Ins Supp | 12.30 | 61.50 |

| Accruals | Net Entitlement |
|---|---|
| Admin Leave (Expires 30-Jun-2024) | 45.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 84.38 |
| Special Comp | 0.00 |
| Vacation | 112.50 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16_7 | 930.95 | 3,535.56 |

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Rae K. Hall
2415 South 20th St
Philadelphia, PA 19145
US

| | |
|---|---|
| Employee Number | 256367 |
| Department | MDO Managing Director Office |
| Location | Msb-14 |
| Payperiod Ending | 2024/03/17 |
| Date Payable | 2024/03/22 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 75.00 | 3,283.70 |
| Imputed Income | 0.00 | 6.58 |
| **Gross Current Earnings** | | **3,290.28** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 372.70 | 2,236.20 |
| Social Security | 200.47 | 1,202.81 |
| Medicare | 46.88 | 281.30 |
| PA State Tax | 99.26 | 595.56 |
| Philadelphia | 123.39 | 740.34 |
| PA Unemployment | 2.26 | 13.58 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Medical | 56.92 | 341.52 |
| Pen_Plan S16_7 | 186.19 | 1,117.14 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,290.28 | 19,741.68 |
| Net Earnings | 2,182.52 | 13,095.09 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Life Ins Supp | 12.30 | 73.80 |
| Life Ins Dep | 0.81 | 4.86 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Pen_Plan S16_7 | 1,117.14 | 3,721.75 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2024) | 45.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| Emergency Comp | 0.00 |
| FMLA | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 225.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 93.76 |
| Special Comp | 0.00 |
| Vacation | 125.00 |

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.