## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Rae Kimberly Hall,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-10718-AMC |

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Quantum3 Group LLC as agent for
Katapult Group Inc.
PO Box 788
Kirkland, WA 98083-0788

U.S. BANK TRUST NATIONAL ASSOCIATION
c/o Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019


Date: September 26, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com