United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 24-10718-amc
Rae Kimberly Hall Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 02, 2024 Form ID: 155 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rae Kimberly Hall, 2415 s. 20th Street, Philadelphia, PA 19145-4202 |
| 14863859 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14863840 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2024 23:47:46 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14863841 | | Email/Text: bk@avant.com | Oct 02 2024 23:39:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 14863843 | | Email/Text: megan.harper@phila.gov | Oct 02 2024 23:39:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14863842 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 02 2024 23:58:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864513 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2024 23:47:46 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14863844 | | Email/Text: bankruptcy@philapark.org | Oct 02 2024 23:40:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14863845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 02 2024 23:39:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14863846 | | Email/Text: mrdiscen@discover.com | Oct 02 2024 23:39:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14863847 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 02 2024 23:39:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14863848 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 02 2024 23:40:00 | First Electronic Bank, Attn: Bankruptcy, PO Box 521271, Salt Lake City, UT 84152-1271 |
| 14863849 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 02 2024 23:47:57 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14863850 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 02 2024 23:39:00 | Fortiva, Attn: Bankruptcy Department, PO Box 105555, Atlanta, GA 30348-5555 |
| 14863851 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 02 2024 23:40:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14863852 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2024 23:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14875004 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

Case 24-10718-amc   Doc 29   Filed 10/04/24   Entered 10/05/24 00:33:00   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 02, 2024 | Form ID: 155 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 02 2024 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14863854 | | Email/Text: ml-ebn@missionlane.com | Oct 02 2024 23:39:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14863853 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2024 23:47:46 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14863855 | | Email/Text: fesbank@attorneygeneral.gov | Oct 02 2024 23:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14863858 | | Email/Text: CollectionsDept@PFCU.COM | Oct 02 2024 23:39:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14863856 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2024 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14863857 | ^ | MEBN | Oct 02 2024 23:36:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14863860 | | Email/Text: bankruptcy@philapark.org | Oct 02 2024 23:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14876031 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2024 23:39:00 | Quantum3 Group LLC as agent for, Katapult Group Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14864192 | | Email/Text: bnc-quantum@quantum3group.com | Oct 02 2024 23:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14863861 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 23:48:15 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14882597 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2024 23:47:46 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14863862 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 23:58:26 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14863863 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 02 2024 23:48:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14863864 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 02 2024 23:39:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14863865 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 02 2024 23:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14873504 | + | Email/Text: RASEBN@raslg.com | Oct 02 2024 23:39:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson,Anschutz,Schneid,Crane & Partn, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14873123 | + | Email/Text: RASEBN@raslg.com | Oct 02 2024 23:39:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14882668 | + | Email/Text: bkteam@selenefinance.com | Oct 02 2024 23:39:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 14863866 | ^ | MEBN | Oct 02 2024 23:36:32 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14863867 | + | Email/Text: LCI@upstart.com | Oct 02 2024 23:39:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14865334 | ^ | MEBN | Oct 02 2024 23:36:34 | Upstart Network, Inc, PO BOX 1931, Burlingame, |

Case 24-10718-amc    Doc 29    Filed 10/04/24    Entered 10/05/24 00:33:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 02, 2024 | Form ID: 155 | Total Noticed: 38 |

CA 94011-1931

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rae Kimberly Hall help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Rae Kimberly Hall ) Case No. 24−10718−amc
   aka Rae K. Semidey )
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 1, 2024                              For The Court

                                                     Ashely M. Chan
                                                     Chief Judge, United States Bankruptcy Court