**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Rae Kimberly Hall,**<br>    Debtor,<br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISTION TRUST,**<br>    Movant,<br>        v.<br>**Rae Kimberly Hall,**<br>    Debtor/Respondent,<br>**Kenneth E. West, Esquire,**<br>    Trustee/Respondent. | **Bankruptcy No. 24-10718-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

## GRANTING RELIEF FROM AUTOMATIC STAY

AND NOW, this         day of           , 2024, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2, ACQUISTION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that the Property is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2, ACQUISTION TRUST, and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISTION TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 2415 SOUTH 20TH STREET, PHILADELPHIA, PENNYSYLVANIA 19145 including without limitation, a Sheriff Sale of the Property, and it is further,

ORDERED that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS, INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISTION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is GRANTED. .

BY THE COURT:

ASHELY M. CHAN
Chief U.S. Bankruptcy Court Judge