**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Rae Kimberly Hall,**<br>　　　　Debtor. | **Bankruptcy No. 24-10718-amc**<br><br>**Chapter 13** |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISTION TRUST,**<br>　　　　Movant,<br><br>　　　　v.<br><br>**Rae Kimberly Hall,**<br>　　　　Debtor/Respondent,<br>**Kenneth E. West, Esquire,**<br>　　　　Trustee/Respondent. | Hearing Date: January 14, 2025<br><br>Hearing Time: 11:00 A.M.<br><br>Location:   900 Market Street, Suite<br><br>204, Philadelphia, PA 19107 |

**CERTIFICATE OF SERVICE**
**MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF ACQUISTION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

　　　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on December 5, 2024 I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Rae Kimberly Hall
2415 South 20th Street
Philadelphia, PA 19145

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

U.S. BANK TRUST NATIONAL ASSOCIATION
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road., Suite 450
Alpharetta, GA 30004

SHERRI R. DICKS
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

KENNETH E. WEST
Chapter 13 Standing Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Date: 12/5/2024

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/Sherri R. Dicks_____
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com