# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Rae Kimberly Hall,

        Debtor.

Case No. 24-10718-AMC

Chapter 13

Related to ECF No. 30

**Debtor's Objection to Motion for Relief from Stay filed by U.S. Bank Trust, N.A.**

**AND NOW**, Debtor Rae Kimberly Hall, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by U.S. Bank Trust, N.A. (the "Creditor"), for the following reason:

1. The debtor shall send a payment to the Creditor curing the arrearage on 12/26/2024.
2. The debtor will provide her attorney with proof of payment to supply to the Creditor.

**NOW, THEREFORE**, the Debtor asks this Court to deny the Motion in the form of order attached and to grant such other and further relief in his favor as may be necessary and proper under the law.

Date: December 19, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

    I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by U.S. Bank Trust, N.A. to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: December 19, 2024

/s/ Michael A. Cibik
Michael A. Cibik