# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Rae Kimberly Hall,

        Debtor.

Case No. 24-10718-AMC

Chapter 13

Related to ECF No. 30

**Order Denying Motion for Relief from Stay filed by U.S. Bank Trust, N.A.**

    **AND NOW**, upon consideration of the Motion for Relief from Stay filed by U.S. Bank Trust, N.A., and the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

Date:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge