# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Rae Kimberly Hall,<br><br>  Debtor.<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,<br><br>  Movant,<br><br>   v.<br><br>Rae Kimberly Hall,<br><br>  Debtor/Respondent,<br><br>Mildred Chambers,<br><br>  Co-Debtor/Respondent,<br><br>Kenneth E. West,<br><br>  Trustee/Additional Respondent. | Bankruptcy No. 24-10718-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on ____November 5____, 2025, I caused to be served a copy of the Stipulation Resolving Motion for Relief from the Automatic Stay via First Class Mail, postage prepaid and/or electronic mail at the following addresses:

<u>Via First Class Mail, Postage Prepaid</u>:
RAE KIMBERLY HALL
2415 S. 20TH STREET
PHILADELPHIA, PA 19145

MILDRED CHAMBERS
2415 S. 20TH STREET
PHILADELPHIA, PA 19145

<u>Via Electronic Mail</u>:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

FREDERIC J. BAKER
Assistant United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By:  /s/Sherri R. Dicks
      SHERRI R. DICKS