# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Rae Kimberly Hall,<br>　　Debtor.<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,<br><br>　　Movant,<br><br>　　v.<br><br>Rae Kimberly Hall,<br>　　Debtor/Respondent,<br><br>Mildred Chambers,<br>　　Co-Debtor/Respondent,<br><br>Kenneth E. West,<br>　　Trustee/Additional Respondent. | Bankruptcy No. 24-10718-amc<br><br>Chapter 13 |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

**Date: November 14, 2025**

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge