# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADEPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Michael Andrew Koch,<br>    Debtor.<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>    Movant,<br>      v.<br>Michael Andrew Koch,<br>    Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>    Trustee/Additional Respondent. | Bankruptcy No. 23-13561-amc<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January  , 2026, the foregoing Certificate of Default was filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or to the following parties:

Michael Andrew Koch
843 Second Avenue
Blue Bell, PA 19422-1256
MONTGOMERY-PA

ALBERT J. SCARAFONE, JR.
Hill, Friedland & Scarafone
1717 Swede Road
Suite 200
Blue Bell, PA 19422-3372

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esq.
Email: mimcgowan@raslg.com