# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Rae Kimberly Hall,<br><br>        Debtor. | Case No. 24-10718-AMC<br><br>Chapter 13<br><br>Related to ECF No. 39 |

## Debtor's Objection to Certification of Default

Debtor Rae Kimberly Hall, by and through her attorney, hereby objects to the Certification of Default filed by U.S. Bank Trust National Association, at ECF No. 39 and asks to be heard by the Court before the entry of a final order.

Date: March 3, 2026

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Certification of Default filed by U.S. Bank Trust National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: March 3, 2026

/s/ Michael A. Cibik

Michael A. Cibik