# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

IN RE:                                              CASE NO.: 2:24-bk-10718
                                                                         CHAPTER 13

**Rae Kimberly Hall,**
Debtor.

_____/

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Certification of Default of Motion for Relief from Automatic Stay (Doc.: DOC 39), filed on March 2, 2026.**

                                       By: /s/ Robert Shearer
                                           Robert Shearer, Esquire
                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Pennsylvania  Bar Number 83745
                                           13010 Morris Rd, Suite 450
                                           Alpharetta, GA 30004
                                           Telephone: 470-321-7113
                                           Email: rshearer@raslg.com@raslg.com
                                           Attorney for Movant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Rae Kimberly Hall**
2415 S. 20th Street
Philadelphia, PA 19145
PHILADELPHIA-PA

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Robert Shearer
Robert Shearer, Esquire