# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Rae Kimberly Hall,

        Debtor.

Case No. 24-10718-AMC

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on June 18, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 50

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 51

- Notice of Motion to Modify Plan After Confirmation, ECF No. 52

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 18, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

U.S. Bank Trust N.A. (CM/ECF)
c/o Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Quantum3 Group LLC (First Class Mail)
as agent for Katapult Group Inc.
P.O. Box 788
Kirkland, WA 98083-0788