United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Rae Kimberly Hall

    Debtor

Case No. 24-10718-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Rae Kimberly Hall, 2415 S. 20th Street, Philadelphia, PA 19145-4202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rae Kimberly Hall help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association shrdlaw@outlook.com  shrdlaw@outlook.com |

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Aug 04, 2026

Form ID: pdf900

Total Noticed: 1

SHERRI DICKS

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION shrdlaw@outlook.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Rae Kimberly Hall,

        Debtor.

Case No. 24-10718-AMC

Chapter 13

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 51, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 50) is **APPROVED**.

**Date:** Aug. 4, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge