**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Rae Kimberly Hall,<br>Debtor.<br>Selene Finance, LP as servicing agent for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,<br><br>Movant,<br>v.<br>Rae Kimberly Hall,<br>Debtor/Respondent,<br>Mildred Chambers,<br>Co-Debtor/Respondent,<br>Kenneth E. West,<br>Trustee/Additional Respondent. | Bankruptcy No. 24-10718-amc<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this _____ day of ____________, 20__, upon consideration of Selene Finance, LP as servicing agent for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Selene Finance, LP as servicing agent for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust; and it is further

ORDERED, that Selene Finance, LP as serciving agent for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 2415 South 20th Street, Philadelphia, Pennsylvania 19145, including without limitation a sheriff's sale of the property; and it is further

ORDERED that the Chapter 13 Trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or Order to the contrary, Movant must return to the Trustee any payments received from the Trustee on account of Movant's secured claim after entry of this Order.

**BY THE COURT**

______________________________
**HON. Ashely M. Chan**
**U.S. Bankruptcy Court Judge**