**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Rae Kimberly Hall,<br><br>Debtor.<br><br>Selene Finance, LP as servicing agent for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,<br><br>Movant,<br><br>v.<br><br>Rae Kimberly Hall,<br><br>Debtor/Respondent,<br><br>Mildred Chambers,<br><br>Co-Debtor/Respondent,<br><br>Kenneth E. West,<br><br>Trustee/Additional Respondent. | Bankruptcy No. 24-10718-amc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 22, 2026, the foregoing Certificate of Default was filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or to the following parties:

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to

Rae Kimberly Hall
2415 S. 20th Street
Philadelphia, PA 19145

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**E-Mail Service:** via CM/ECF e-mail notification to the following:

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: help@cibiklaw.com

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/ Michelle L. McGowan
Michelle L McGowan, Esq.
Email: mimcgowan@raslg.com