**United States Bankruptcy Court
Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Rae Kimberly Hall,<br><br>Debtor. | Case No. 24-10718-AMC<br><br>Chapter 13<br><br>Related to ECF No. 59 |

**Debtor's Objection to Certification of Default**

Debtor Rae Kimberly Hall, by and through her attorney, hereby objects to the Certification of Default filed by U.S. Bank Trust National Association, at ECF No. 59 and asks to be heard by the Court before the entry of a final order. The Debtor can cure the default this week via a cashier's check.

Date: September 22, 2026

CIBIK LAW, P.C.
*Attorney for Debtor*

By: ______________________________
Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Certification of Default filed by U.S. Bank Trust National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: September 22, 2026

______________________________
Michael A. Cibik